448

705 A.2d 1209
IN THE MATTER OF PIERCE L. BUTLER,
AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on November 5, 1997, having filed with the Court its decision concluding that **PIERCE L. BUTLER** of **LIVINGSTON**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(d) (failure to safekeep property), and *Rule* 1:21–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to practice law under the supervision of a practicing attorney for a period of two years;

And good cause appearing;

It is ORDERED that **PIERCE L. BUTLER** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.